UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE BEAUSOLEIL, Personal
Representative of the Estate of Madisyn
Baldwin, Deceased,

      Plaintiff,                         Hon. Mark A. Goldsmith
                                            Magistrate David R. Grand
v                                                   No. 22-11250

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK and SHAWN HOPKINS,

      Defendants.
_____/

| | |
|---|---|
| Wolfgang Mueller (P43728) | Timothy J. Mullins (P28021) |
| Mueller Law Firm | Kenneth B. Chapie (P66148) |
| *Attorneys for Plaintiff* | Annabel F. Shea (P83750) |
| 41850 W. 11 Mile Road, Suite 101 | Giarmarco, Mullins & Horton, P.C. |
| Novi, MI 48375 | *Attorneys for Defendants* |
| (248) 489-9653 | 101 W. Big Beaver Road, 10th Floor |
| wolf@wolfmuellerlaw.com | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | ashea@gmhlaw.com |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Opinion issued March 20, 2025 by Judge Kethledge, Judge Larsen, and Judge Mathis of the United States Court of Appeals for the Sixth Circuit in Case No. 23-1490, remanding the case to the United States District Court for dismissal,

IT IS HEREBY ORDERED that the above-captioned cause be dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

| | |
|---|---|
| Dated: May 20, 2025<br>　　Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |